**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 07-CV-109-WDS-DGW |
| | ) | |
| REAL PROPERTY LOCATED AT | ) | |
| 608 AUTUMN AVENUE, | ) | |
| COLLINSVILLE, MADISON | ) | |
| COUNTY, ILLINOIS, AND ALL | ) | |
| ATTACHMENTS, IMPROVEMENTS, | ) | |
| AND APPURTENANCES THERETO, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

**STIEHL, District Judge:**

Before the Court is defendant's motion to lift the stay in this matter and to set the case for jury trial (Doc. 16). The government has filed a status report in response to this motion (Doc. 17) and the defendant has filed a response to the status report (Doc. 18). In the status report, the government notes that the Court had previously granted a stay in this civil action pending resolution of the criminal forfeiture for the same property as part of the action *United States v. Hall*, 07-30022-MJR. The status report asks that the Court reserve ruling on the defendant's motion to lift the stay until the government files an amended civil forfeiture complaint adding an additional ground for forfeiture, namely that Mark Hall had used marijuana on the premises as late as 2004 after previously being convicted of a drug-related offense in state court. In addition, the government indicates that it intends to depose Tina Hall in this civil matter.

Tina Hall has filed a response to the status report, essentially objecting to the request that the Court reserve ruling. The Court notes that the government has now filed an amended

complaint (Doc. 28) and that Tina Hall has filed an answer (Doc. 29).

Accordingly, the Court **HEREBY GRANTS** the motion to lift the stay and sets this case for bench trial on the Court's docket for the month of August, 2009. The Final Pre-Trial Conference in this case is set for Monday, July 20, 2009 at 3:00 P.M.

**IT IS SO ORDERED.**

**DATE:     January 21, 2009**

    **s/ WILLIAM D. STIEHL**
    **DISTRICT JUDGE**